E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division
SARAH QUIST (Cal. Bar No. 288264)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone: (213) 894-0609
      Facsimile: (213) 894-7819
      E-mail: sarah.quist@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ALBAB GURMU,<br><br>       Plaintiff,<br><br>    v.<br><br>UR M. JADDOU, Director, U.S. Citizenship and Immigration Services, ALEJANDRO MAYORKAS, Secretary, U.S. Department of Homeland Security, MERRICK GARLAND, Attorney General, U.S. Department of Justice, DOES 1 through 5, inclusive.<br><br>       Defendants. | Case No. 5:23-cv-00111-SSS-SHK<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN 30 DAYS (L.R. 8-3)**<br><br>Complaint served: January 23, 2023<br>Current response date: March 24, 2023<br>New response date: April 23, 2023<br><br>Hon. Sunshine S. Sykes<br>United States District Judge |

IT IS HEREBY STIPULATED by and between the Plaintiff and Defendants, through their respective counsel, that the time for Defendants to answer, move, or otherwise respond to the complaint shall be extended thirty (30) days, from March 24, 2023, to April 23, 2023.

Local Rule 8-3 provides that an initial stipulation extending the time within which to answer or otherwise respond to a complaint by thirty days or less must be filed with the Court but does not require Court approval. This is the first request for extension by Defendants.

Respectfully submitted,

Dated: March 14, 2023                SYG LAW FIRM

/s/ *Stefanos Georgouspolous*
STEFANOS GEORGOUSOPOULOS

Attorney for Plaintiff
ALBAB GURMU

Dated: March 14, 2023                E. MARTIN ESTRADA
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, General Civil Division

/s/ *Sarah Quist*
SARAH QUIST
Assistant United States Attorney

Attorneys for Defendants

**Attestation of Filer:** I attest that the other signatory listed, and on whose behalf this filing is submitted, concurs in the filing's content and has authorized the filing.
March 14, 2023            /s/ *Sarah Quist*
                          SARAH QUIST